UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MY IMAGINATION, LLC, a Michigan
limited liability company,

    Plaintiff,

v.        Case No. 14-13321

M.Z. BERGER & CO., INC., a foreign    HON. AVERN COHN
corporation; M.Z. BERGER & CO.,
INC., d/b/a MZB INK; and MZB
IMAGINATION, LLC, a New York
limited liability company,

    Defendants.

_____/

## **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

This is a breach of contract case.

On January 30, 2017, the Court granted summary judgment to the defendants.

The ruling was memorialized in the:

- Memorandum Opinion and Order Denying Plaintiff's Motion for Partial Summary Judgment, (Doc. 68), Granting Defendants' Motion for Summary Judgment, (Doc. 70), and Denying Plaintiff's Motions *In Limine* Regarding Applicable Law, (Doc. 66), and for Determination of Damages Available, (Doc. 67), (Doc. 97)

On February 27, 2017, the plaintiff filed a:

- Motion to Alter or Amend Judgment under Rule 59(e) or for Relief from a Final Judgment or Order under Rule 60(b), (Doc. 100)

On March 7, 2017, the Court entered an:

- Order Construing Motion and Directing Response, (Doc. 104)

The Court construed the motion as one for rehearing or reconsideration under E.D. Mich. L.R. 7.1(h) and, although untimely, agreed to consider it. (Doc. 104). Defendants have responded, (Doc. 106), and plaintiff has replied, (Doc. 108).

Motions for reconsideration are governed by E.D. Mich. LR 7.1(h) which provides in relevant part:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

E.D. Mich. LR 7.1(h)(3).

Plaintiff essentially repeats the legal arguments that were rejected in the Court's Memorandum Opinion and Order of January 30, 2017. (Doc. 97). This is not a basis for rehearing or reconsideration.

The motion is DENIED.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2017
      Detroit, Michigan